AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

<div style="color:red">
FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 21, 2026**

SEAN F. McAVOY, CLERK
</div>

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  1:26-mj-04060-ACE |
| | ) | |
| | ) | |
| ALFREDO GALLEGOS GUILLEN | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ___April 20, 2026___ in the county of ___Yakima___ in the
___Eastern___ District of ___Washington___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1,)b) | Assaulting, Resisting, or Impeding Certain Officers or Employees |

This criminal complaint is based on these facts:

On or about April 20, 2026, in the Eastern District of Washington, the Defendant did knowingly and intentionally Assaulting, Resisting, or Impeding Certain Officers or Employees in violation of 18 U.S.C. § 111(a)(1,)b).

☑ Continued on the attached sheet.

**DAINA M NUNEZ**  Digitally signed by DAINA M NUNEZ
Date: 2026.04.21 11:52:49 -07'00'

*Complainant's signature*

Daina Nunez, Special Agent, HSI

*Printed name and title*

☑ Sworn to telephonically and signed electronically

☐ Sworn to before me and signed in my presence.

Date: ___Apr 21, 2026, 12:30 pm___

*Judge's signature*

City and state: ___Yakima, Washington___    Alexander C. Ekstrom, U.S. Magistrate Judge

*Printed name and title*

AUSA: TJH    COUNTY:  YAKIMA

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Daina Nunez, having been duly sworn, do hereby depose and state as follows:

### I.  AFFIANT'S QUALIFICATIONS, TRAINING AND EXPERIENCE

1.     I, Daina Nunez, am employed as a Special Agent (SA) with Homeland Security Investigations (HSI) and am currently assigned to the Office of the Resident Agent in Charge in Yakima, Washington and have been so employed since June of 2010. My training includes the Criminal Investigator Training Program and ICE Special Agent Training Program at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia. I received training in immigration and firearms investigations, and enforcement of federal laws. I have been involved in numerous federal and state investigations.

2.     The facts and opinions set forth in this affidavit have been derived from the above-described training and experience, as well as my personal participation in this investigation, and from information provided to me by agents and/or officers from other federal, state, and local law enforcement agencies.

### COMPLAINT

3.     On April 20, 2026, at approximately 6:35am, agents with the United States (US) Immigration and Customs Enforcement (ICE) and Enforcement Removal Operations (ERO) identified a 2011 Chevrolet Cruz (TARGET

1

1:26-mj-04060-ACE

VEHICLE), known to be operated by Alfredo GALLEGOS Guillen in Toppenish, Washington.  GALLEGOS is a citizen of Mexico and was present in the United States without permission. GALLEGOS had an administrative immigration warrant for this arrest.

4.     Agents/officers watched as an individual matching GALLEGOS' physical characteristics exited 32 N F Street, Toppenish WA (TARGET RESIDENCE), and get into the TARGET VEHICLE.  The TARGET RESIDENCE is GALLEGOS' last known address.  ERO agents were aware GALLEGOS had been arrested while in the TARGET VEHICLE on April 1, 2026. All agents/officers were identified as law enforcement officers by their duty gear and had their POLICE insignia displayed. After briefly following the TARGET VEHICLE, an ERO officer positioned his government issued vehicle (GOV) behind the TARGET VEHICLE and activated the GOV emergency equipment.

5.     The TARGET VEHICLE yielded, ERO agents approached the driver and the passenger side of the vehicle and verbally identified themselves as Immigration Officials. ERO agents recognized the driver as GALLEGOS. GALLEGOS turned off his vehicle as directed and handed agents a Mexican identification card through a partially rolled down window.  The identification card displayed GALLEGOS' name and photograph.  Agents ordered GALLEGOS to exit his vehicle, GALLEGOS did not comply.  Through a partially opened

2

passenger side window, agents were able to reach inside the vehicle and unlock the door. An ERO agent then reached inside the vehicle in an attempt to gain control of GALLEGOS. After the agent was partially inside the passenger compartment, with the passenger door standing open, GALLEGOS started his vehicle and drove off. In the process of driving off, GALLEGOS hit a parked car with the open passenger door, causing the door to close and crush the agent. GALLEGOS then crashed his vehicle into an utility pole and fled on foot. Agents were able to take GALLEGOS into custody after a brief foot pursuit. The agent was transported to the hospital where he received treatment for his non-life threatening injuries.

6.     Post arrest, ERO requested assistance from Homeland Security Investigations (HSI). HSI responded and interviewed GALLEGOS. Post Miranda, GALLEGOS said he was born in Mexico and came into the United States illegally in 2019. GALLEGOS said after leaving his house this morning, he was pulled over while driving his wife's car. GALLEGOS said the vehicle that stopped him had police lights. GALLEGOS said agents identified themselves as police and were wearing police markings. GALLEGOS said he initially turned off his vehicle and then turned his vehicle back on and fled. Agents asked GALLEGOS if the ERO agent was inside his vehicle when he drove away and GALLEGOS said yes. GALLEGOS said he fled because he was scared and because he has a family.

3

1:26-mj-04060-ACE

## CONCLUSION

7.    Based on the circumstances, I believe that on or about April 20, 2026, GALLEGOS, in the Eastern District of Washington, did commit a violation of 18 U.S.C. § 111 in that he assaulted, resisted, opposed, impeded, intimidated, or interfered with a designated agent/officer while engaged in their official duties.

I declare and affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DAINA M NUNEZ
Digitally signed by DAINA M NUNEZ
Date: 2026.04.21 11:53:40 -07'00'

Daina Nunez, Special Agent
Homeland Security Investigations

SUBSCRIBED electronically and sworn to telephonically this 20th day of April 2026.

Apr 21, 2026, 12:30 pm

Alexander C. Ekstrom
United States Magistrate Judge

4

1:26-mj-04060-ACE