FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 07, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:26-MJ-04060-ACE-1 |
| Plaintiff, | ORDER FOLLOWING PRELIMINARY HEARING AND SETTING STATUS HEARING |
| v. | |
| ALFREDO GALLEGOS GUILLEN, | |
| Defendant. | |

On Monday, May 4, 2026, the Court conducted a preliminary hearing pursuant to Federal Rule of Criminal Procedure 5.1.  Defendant was represented by Assistant Federal Defender Craig Webster and assisted by federal court-certified interpreter Natalia Rivera.  Assistant United States Attorney Thomas Hanlon represented the United States.  With Defendant's consent, the undersigned appeared by video from outside of the district.

Special Agent Daina Nunez of Homeland Security Investigations was sworn in and subject to direct- and cross-examination by the parties.  On the United States' motion and without objection by Defendant, the Court admitted the Affidavit in Support of Criminal Complaint (ECF No. 1) into evidence.

On the question of probable cause, the Court has considered the Complaint and Supporting Affidavit (ECF No. 1), the testimony of Officer Nunez, and the arguments of counsel.

ORDER - 1

For the reasons stated during the hearing, the Court finds probable cause exists to believe the offense alleged in the Complaint (ECF No. 1) has been committed and to believe that Defendant committed the offense.  This Order memorializes the Court's findings.

Accordingly, **IT IS ORDERED**:

1.     **A status hearing is set before Magistrate Judge Ekstrom in Yakima, Washington, on Monday, May 18, 2026, at 2:30 PM.**

**IT IS SO ORDERED.**

DATED May 7, 2026.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2